NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5016

JOB J. THYKKUTTATHIL,

Plaintiff-Appellant,

and

CORVILIA C. THYKKUTTATHIL,

Plaintiff-Appellant,

and

G.M. THYKKUTTATHIL,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no. 09-CV-003, Judge Lynn J. Bush.

ON MOTION

Before SCHALL, Circuit Judge.

ORDER

Job J. Thykkuttathil moves for leave to file his brief out of time.

Job J. Thykkuttathil states that he submits the motion on behalf of himself, Corvilia C. Thykkuttathil, and G.M. Thykkuttathil. However, the motion is signed only by Job J. Thykkuttathil. A non attorney may not represent another party in proceedings before this court. See Fed. Cir. R. 47.3 ("An individual (not a corporation, partnership, organization, or other legal entity) may choose to be represented by counsel or to

represent himself or herself pro se"); see also Brice v. Health and Human Servs., 358 F.3d 864, 866 (Fed. Cir. 2004) (noting that parents could not represent son in proceedings before this court). Thus, Job J. Thykkuttathil may not represent Corvilia C. Thykkuttathil or G.M. Thykkuttathil. Corvilia C. Thykkuttathil must either represent herself or obtain counsel. In addition, Job Thykkuttathil indicates that G.M. Thykkuttathil is a minor child. In these circumstances, G.M. Thykkuttathil must obtain counsel in order to proceed in this court. See Brice.

Accordingly,

IT IS ORDERED THAT:

(1)     The motion for an extension of time is granted.

(2)     The informal brief submitted by Job J. Thykkuttathil is accepted as his brief. If Corvilia C. Thykkuttathil wishes to join this brief, she may do so by filing a new original of the brief, signed by both her and Job J. Thykkuttathil, and three copies within 14 days of the date of filing of this order.

(3)     Counsel must enter an appearance on behalf of G.M. Thykkuttathil within 30 days of the date of filing of this order. G.M. Thykkuttathil's brief is due within 60 days of the date of filing of this order.

(4)     The United States' brief is due within 100 days of the date of filing of this order.

FOR THE COURT

DEC 15 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Job J. Thykkuttathil
        Corvilia C. Thykkuttathil
        G.M. Thykkuttathil
        Jeanne E. Davidson, Esq.

s17

2010-5016                    2

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 15 2009

JAN HORBALY
CLERK